**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------X
CARLOS MIGUEL FUENTES,

                     Plaintiff,

        -against-                                 18 **CIVIL** 8207 (PMH)

                                             **<ins>JUDGMENT</ins>**

SGT. PAUL SCHEMMER, et al.,

                     Defendants.

----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated January 13, 2023, Defendants' motion for summary judgment is GRANTED and the Amended Complaint is dismissed with prejudice; accordingly, the case is closed.

**Dated:**  New York, New York

      January 17, 2023


                                              **RUBY J. KRAJICK**

                                      _____

                                            **Clerk of Court**

                   **BY:**           K. Mango

                                          _____

                                            **Deputy Clerk**